UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-4898-MWF (SPx)**                            Dated: October 9, 2014

Title:   St. Paul Fire and Marine Insurance Company, et al. v. Taylor Morrison of California LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement filed October 6, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for November 10, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

IT IS SO ORDERED.